```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANNER FRENCH, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

PERRIGO COMPANY PLC, PATRICK LOCKWOOD-TAYLOR, MURRAY KESSLER, AND EDUARDO BEZERRA,

                Defendants.

25-CV-09596 (MMG)

**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS**

MARGARET M. GARNETT, United States District Judge:

    On November 17, 2025, Plaintiff filed a putative class action on behalf of persons and entities that purchased or otherwise acquired Perrigo Company plc securities between February 27, 2023 and November 4, 2025, inclusive, and who were damaged thereby. Docket No. 1. ("Compl."), ¶ 71. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

    Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

    It is hereby ORDERED that **no later than December 12, 2025**, counsel for Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

Dated: November 20, 2025
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge