# EXHIBIT B

## Financial Interest Analysis

**Company Name:**  Perrigo Company plc
**Ticker:**  PRGO
**Class Period:**  February 27, 2023 to November 4, 2025
**Name:**  Tanner French

| Date | Shares | Price Bought | Common Stock Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/14/2023 | 1,000 | $34.5200 | -$34,520.0000 | | $0.0000 | -$34,520.00 |
| 8/2/2023 | 1,000 | $36.5200 | -$36,520.0000 | | $0.0000 | -$36,520.00 |
| 8/7/2023 | -1,000 | | $0.0000 | $36.7408 | $36,740.8000 | $36,740.80 |
| 8/7/2023 | -1,000 | | $0.0000 | $36.7524 | $36,752.4000 | $36,752.40 |
| 8/8/2023 | 1,000 | $39.9740 | -$39,974.0000 | | $0.0000 | -$39,974.00 |
| 8/8/2023 | -1,000 | | $0.0000 | $39.9850 | $39,985.0000 | $39,985.00 |
| 8/9/2023 | 1,000 | $39.4000 | -$39,400.0000 | | $0.0000 | -$39,400.00 |
| 8/9/2023 | -1,000 | | $0.0000 | $39.0521 | $39,052.1000 | $39,052.10 |
| 8/9/2023 | 1,000 | $39.2799 | -$39,279.9000 | | $0.0000 | -$39,279.90 |
| 8/9/2023 | 300 | $39.0799 | -$11,723.9700 | | $0.0000 | -$11,723.97 |
| 8/9/2023 | 100 | $38.9551 | -$3,895.5100 | | $0.0000 | -$3,895.51 |
| 8/9/2023 | 100 | $38.9298 | -$3,892.9800 | | $0.0000 | -$3,892.98 |
| 8/15/2023 | -1,500 | | $0.0000 | $38.7207 | $58,081.0500 | $58,081.05 |
| 8/30/2023 | 1,000 | $36.2900 | -$36,290.0000 | | $0.0000 | -$36,290.00 |
| 8/30/2023 | -1,000 | | $0.0000 | $36.4300 | $36,430.0000 | $36,430.00 |
| 8/31/2023 | 1,000 | $35.0000 | -$35,000.0000 | | $0.0000 | -$35,000.00 |
| 9/1/2023 | -1 | | $0.0000 | $35.7290 | $35.7290 | $35.73 |
| 9/1/2023 | -999 | | $0.0000 | $35.7500 | $35,714.2500 | $35,714.25 |
| 12/6/2023 | 1,000 | $30.0000 | -$30,000.0000 | | $0.0000 | -$30,000.00 |
| 12/6/2023 | 1,000 | $29.6000 | -$29,600.0000 | | $0.0000 | -$29,600.00 |
| 12/7/2023 | -2,000 | | $0.0000 | $31.2200 | $62,440.0000 | $62,440.00 |
| 12/12/2023 | 2,000 | $28.5000 | -$57,000.0000 | | $0.0000 | -$57,000.00 |
| 12/13/2023 | -2,000 | | $0.0000 | $29.7384 | $59,476.8000 | $59,476.80 |
| 1/11/2024 | 2,000 | $32.9500 | -$65,900.0000 | | $0.0000 | -$65,900.00 |
| 1/22/2024 | -2,000 | | $0.0000 | $33.7120 | $67,424.0000 | $67,424.00 |
| 1/23/2024 | 2,000 | $33.1200 | -$66,240.0000 | | $0.0000 | -$66,240.00 |
| 1/23/2024 | 2,000 | $33.2599 | -$66,519.8000 | | $0.0000 | -$66,519.80 |
| 1/23/2024 | -4,000 | | $0.0000 | $33.3801 | $133,520.4000 | $133,520.40 |
| 1/23/2024 | 3,000 | $33.3300 | -$99,990.0000 | | $0.0000 | -$99,990.00 |
| 1/23/2024 | 200 | $33.2700 | -$6,654.0000 | | $0.0000 | -$6,654.00 |
| 1/24/2024 | 300 | $33.0000 | -$9,900.0000 | | $0.0000 | -$9,900.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/29/2024 | -3,500 | | $0.0000 | $33.2213 | $116,274.5500 | $116,274.55 |
| 1/29/2024 | 3,000 | $33.2900 | -$99,870.0000 | | $0.0000 | -$99,870.00 |
| 1/30/2024 | 1,000 | $32.9000 | -$32,900.0000 | | $0.0000 | -$32,900.00 |
| 1/30/2024 | 100 | $32.8000 | -$3,280.0000 | | $0.0000 | -$3,280.00 |
| 1/30/2024 | 200 | $32.8000 | -$6,560.0000 | | $0.0000 | -$6,560.00 |
| 1/30/2024 | 100 | $32.7800 | -$3,278.0000 | | $0.0000 | -$3,278.00 |
| 1/31/2024 | 100 | $32.7600 | -$3,276.0000 | | $0.0000 | -$3,276.00 |
| 1/31/2024 | 100 | $32.7000 | -$3,270.0000 | | $0.0000 | -$3,270.00 |
| 2/5/2024 | 100 | $32.0500 | -$3,205.0000 | | $0.0000 | -$3,205.00 |
| 2/5/2024 | 100 | $32.1400 | -$3,214.0000 | | $0.0000 | -$3,214.00 |
| 2/5/2024 | 100 | $31.9500 | -$3,195.0000 | | $0.0000 | -$3,195.00 |
| 2/6/2024 | 100 | $32.1400 | -$3,214.0000 | | $0.0000 | -$3,214.00 |
| 2/7/2024 | 100 | $31.8800 | -$3,188.0000 | | $0.0000 | -$3,188.00 |
| 2/7/2024 | 900 | $31.8500 | -$28,665.0000 | | $0.0000 | -$28,665.00 |
| 2/13/2024 | -1,000 | | $0.0000 | $31.7000 | $31,700.0000 | $31,700.00 |
| 2/14/2024 | 100 | $31.3500 | -$3,135.0000 | | $0.0000 | -$3,135.00 |
| 2/14/2024 | 100 | $31.3900 | -$3,139.0000 | | $0.0000 | -$3,139.00 |
| 2/14/2024 | 304 | $31.5500 | -$9,591.2000 | | $0.0000 | -$9,591.20 |
| 2/21/2024 | 100 | $32.0000 | -$3,200.0000 | | $0.0000 | -$3,200.00 |
| 2/22/2024 | 100 | $31.8476 | -$3,184.7600 | | $0.0000 | -$3,184.76 |
| 2/27/2024 | 100 | $27.6200 | -$2,762.0000 | | $0.0000 | -$2,762.00 |
| 2/28/2024 | -304 | | $0.0000 | $26.5100 | $8,059.0400 | $8,059.04 |
| 6/26/2024 | 50 | $25.5998 | -$1,279.9900 | | $0.0000 | -$1,279.99 |
| 9/9/2024 | 2 | $27.2000 | -$54.4000 | | $0.0000 | -$54.40 |
| 9/17/2024 | 14 | $28.2500 | -$395.5000 | | $0.0000 | -$395.50 |
| 9/23/2024 | 50 | $27.0000 | -$1,350.0000 | | $0.0000 | -$1,350.00 |
| 9/24/2024 | 4 | $26.6500 | -$106.6000 | | $0.0000 | -$106.60 |
| 12/27/2024 | 80 | $25.5191 | -$2,041.5280 | | $0.0000 | -$2,041.53 |
| 2/13/2025 | 100 | $24.5085 | -$2,450.8500 | | $0.0000 | -$2,450.85 |
| 5/5/2025 | 1,000 | $25.0000 | -$25,000.0000 | | $0.0000 | -$25,000.00 |
| 5/7/2025 | -1,000 | | $0.0000 | $26.0000 | $26,000.0000 | $26,000.00 |
| 11/5/2025 | -100 | | $0.0000 | $15.7136 | $1,571.3600 | $1,571.36 |
| 11/25/2025 | -5,700 | | $0.0000 | $13.6813 | $77,983.6000 | $77,983.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$99,864.91** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $0.00 |
| | | | $13.8014 | | **Common Stock Total:** | **-$99,864.91** |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Options Exp / Strike | Quantity | Price | Balance |
|------|------------------|---------------|----------------------|----------|-------|---------|
| 3/6/2024 | Bought to Open | Put | 3/15/2024 / $30 | 5 | $2.2500 | -$1,125.00 |
| 3/7/2024 | Bought to Open | Put | 3/15/2024 / $30 | 1 | $0.8200 | -$82.00 |
| 3/18/2024 | Expired | Put | 3/15/2024 / $30 | -6 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Options Total:** | **-$1,207.00** |
| | | | | | **Combined Total:** | **-$101,071.91** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between November 5, 2025 and January 15, 2026. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.