**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TANNER FRENCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, PATRICK LOCKWOOD-TAYLOR, MURRAY KESSLER, and EDUARDO BEZERRA,<br><br>Defendants. | Case No. 1:25-cv-09596-MMG<br><br>Judge Margaret M. Garnett<br><br><br>CLASS ACTION |

**DECLARATION OF MICHAEL B. EISENKRAFT IN SUPPORT OF MOTION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 710 PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Michael B. Eisenkraft, declare as follows:

1.       I am a member in good standing of the Bar of the State of New York and of this Court.  I am a partner at the law firm Cohen Milstein Sellers & Toll PLLC.

2.       I submit this declaration in support of the Motion of the International Brotherhood of Teamsters Local No. 710 Pension Fund ("Teamsters 710") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

3.       True and correct copies of the following documents are attached as exhibits:

Exhibit A:      Notice of pendency of *French v. Perrigo Company plc*, No. 1:25-cv-09596, published on *Business Wire* on November 17, 2025;

Exhibit B:      Certification of Teamsters 710;

Exhibit C:      Chart setting forth calculations of Teamsters 710's losses;

Exhibit D:      Cohen Milstein Sellers & Toll PLLC's firm resume.

1

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of January, 2026.            Respectfully submitted,

                                                    /s/ *Michael Eisenkraft*
                                                    Michael B. Eisenkraft

2