# Exhibit B

**CERTIFICATION OF MICHAEL O'MALLEY IN SUPPORT OF TEAMSTERS LOCAL 710 PENSION FUND'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Teamsters Local 710 Pension Fund ("Teamsters 710") declares as to the claims asserted under the federal securities laws, that:

1.	I, Michael O'Malley, Administrator at Teamsters 710, am authorized to execute this Certification on behalf of Teamsters 710.

2.	Teamsters 710 did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3.	Teamsters 710 is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4.	Teamsters 710 purchased and/or sold the securities during the Class Period in the securities that are the subject of this Action, as set forth on the attached Schedule A.

5.	Teamsters 710 has reviewed the facts and allegations of a complaint filed in this action.

6.	Teamsters 710 has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

7.	Teamsters 710 was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a.	*The Buhrke Family Revocable Trust v. U.S. Bancorp et al.*, No. 1:22-cv-09174 (S.D.N.Y.)

    b.	*In re QuidelOrtho Corp. Securities Litigation*, No. 1:24-cv-02804 (S.D.N.Y.)

    c.	*In re FMC Corp. Securities Litigation,* No. 2:25-cv-00771 (E.D. Pa.)

8.	Teamsters 710 also sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a.	*In re Barclays PLC Securities Litigation*, No. 1:22-cv-08172 (S.D.N.Y.)

    b.	*Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-00282 (D. Idaho)

    c.	*Guzman v. Ford Motor Company*, No. 2:24-cv-12080 (E.D. Mich.)

      d.  *Saleh v. AstraZeneca PLC*, No. 2:24-cv-11021 (C.D. Cal.)

      e.  *Hauser v. Organon & Co. et al.*, No. 2:25-cv-05322 (D.N.J.)

9.    Teamsters 710 will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2025.

**Teamsters Local 710 Pension Fund**

By: _____

Michael O'Malley
Administrator

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/21/2023 | Purchase | 1,400 | 34.61 |
| 3/22/2023 | Purchase | 1,500 | 34.22 |
| 3/24/2023 | Purchase | 950 | 33.20 |
| 5/10/2023 | Purchase | 1,900 | 35.00 |
| 5/17/2023 | Purchase | 495 | 32.73 |
| 5/17/2023 | Purchase | 2,055 | 32.90 |
| 5/25/2023 | Purchase | 600 | 32.39 |
| 5/26/2023 | Purchase | 950 | 32.28 |
| 5/30/2023 | Purchase | 200 | 32.17 |
| 5/31/2023 | Purchase | 800 | 31.44 |
| 7/13/2023 | Purchase | 650 | 33.40 |
| 10/4/2023 | Purchase | 4,050 | 30.21 |
| 4/15/2024 | Sale | 20,000 | 29.99 |
| 4/16/2024 | Sale | 350 | 30.05 |
| 4/16/2024 | Sale | 7,200 | 29.93 |
| 4/17/2024 | Sale | 800 | 30.04 |
| 4/18/2024 | Purchase | 133,551 | 29.97 |
| 4/18/2024 | Sale | 1,700 | 29.92 |
| 4/19/2024 | Purchase | 2,663 | 30.43 |
| 4/19/2024 | Sale | 1,000 | 30.23 |
| 4/22/2024 | Sale | 2,800 | 30.55 |
| 4/23/2024 | Sale | 1,900 | 30.51 |
| 4/24/2024 | Sale | 1,300 | 30.50 |
| 4/25/2024 | Sale | 1,300 | 31.55 |
| 4/26/2024 | Sale | 1,050 | 31.64 |
| 4/30/2024 | Sale | 150 | 32.78 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/2/2024 | Purchase | 9,383 | 33.16 |
| 5/7/2024 | Purchase | 2,950 | 30.48 |
| 5/14/2024 | Purchase | 400 | 30.39 |
| 5/17/2024 | Purchase | 600 | 30.01 |
| 5/21/2024 | Purchase | 200 | 29.80 |
| 5/23/2024 | Purchase | 4,846 | 28.61 |
| 5/28/2024 | Purchase | 550 | 27.62 |
| 5/30/2024 | Purchase | 245 | 27.84 |
| 5/30/2024 | Purchase | 605 | 27.57 |
| 5/31/2024 | Purchase | 782 | 27.49 |
| 6/3/2024 | Purchase | 9,420 | 27.70 |
| 3/19/2025 | Purchase | 350 | 27.97 |
| 8/7/2025 | Sale | 9,293 | 23.05 |
| 8/8/2025 | Sale | 24,176 | 22.75 |

Prices listed are rounded to two decimal places.