# Exhibit C

**Teamsters Local 710 Pension Fund LIFO Losses**

Perrigo Company plc
Class Period: 2/27/2023 - 11/4/2025

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 3/21/2023 | Purchase | 1,400 | 34.6120 | 1,400 | - | - | $ 48,456.80 | |
| 3/22/2023 | Purchase | 1,500 | 34.2226 | 1,500 | - | - | $ 51,333.84 | |
| 3/24/2023 | Purchase | 950 | 33.1951 | 950 | - | - | $ 31,535.33 | |
| 5/10/2023 | Purchase | 1,900 | 34.9973 | 1,900 | - | - | $ 66,494.93 | |
| 5/17/2023 | Purchase | 495 | 32.7287 | 495 | - | - | $ 16,200.71 | |
| 5/17/2023 | Purchase | 2,055 | 32.8966 | 2,055 | - | - | $ 67,602.45 | |
| 5/25/2023 | Purchase | 600 | 32.3890 | 600 | - | - | $ 19,433.41 | |
| 5/26/2023 | Purchase | 950 | 32.2781 | 950 | - | - | $ 30,664.17 | |
| 5/30/2023 | Purchase | 200 | 32.1695 | 200 | - | - | $ 6,433.90 | |
| 5/31/2023 | Purchase | 800 | 31.4447 | 800 | - | - | $ 25,155.79 | |
| 7/13/2023 | Purchase | 650 | 33.4038 | 650 | - | - | $ 21,712.46 | |
| 10/4/2023 | Purchase | 4,050 | 30.2149 | 4,050 | - | - | $ 122,370.47 | |
| 4/15/2024 | Sale | 20,000 | 29.9921 | - | (20,000) | (15,550) | | $ (466,377.62) |
| 4/16/2024 | Sale | 350 | 30.0500 | - | (350) | - | | $ - |
| 4/16/2024 | Sale | 7,200 | 29.9279 | - | (7,200) | - | | $ - |
| 4/17/2024 | Sale | 800 | 30.0369 | - | (800) | - | | $ - |
| 4/18/2024 | Purchase | 133,551 | 29.9683 | 133,551 | - | - | $ 4,002,296.30 | |
| 4/18/2024 | Sale | 1,700 | 29.9186 | - | (1,700) | (1,700) | | $ (50,861.67) |
| 4/19/2024 | Purchase | 2,663 | 30.4309 | 2,663 | - | - | $ 81,037.49 | |
| 4/19/2024 | Sale | 1,000 | 30.2318 | - | (1,000) | (1,000) | | $ (30,231.82) |
| 4/22/2024 | Sale | 2,800 | 30.5465 | - | (2,800) | (2,800) | | $ (85,530.14) |
| 4/23/2024 | Sale | 1,900 | 30.5089 | - | (1,900) | (1,900) | | $ (57,966.82) |
| 4/24/2024 | Sale | 1,300 | 30.5008 | - | (1,300) | (1,300) | | $ (39,651.00) |
| 4/25/2024 | Sale | 1,300 | 31.5450 | - | (1,300) | (1,300) | | $ (41,008.50) |
| 4/26/2024 | Sale | 1,050 | 31.6424 | - | (1,050) | (1,050) | | $ (33,224.50) |
| 4/30/2024 | Sale | 150 | 32.7771 | - | (150) | (150) | | $ (4,916.56) |
| 5/2/2024 | Purchase | 9,383 | 33.1574 | 9,383 | - | - | $ 311,115.87 | |
| 5/7/2024 | Purchase | 2,950 | 30.4828 | 2,950 | - | - | $ 89,924.26 | |
| 5/14/2024 | Purchase | 400 | 30.3945 | 400 | - | - | $ 12,157.78 | |
| 5/17/2024 | Purchase | 600 | 30.0117 | 600 | - | - | $ 18,007.03 | |
| 5/21/2024 | Purchase | 200 | 29.8000 | 200 | - | - | $ 5,960.00 | |
| 5/23/2024 | Purchase | 4,846 | 28.6144 | 4,846 | - | - | $ 138,665.38 | |
| 5/28/2024 | Purchase | 550 | 27.6184 | 550 | - | - | $ 15,190.14 | |
| 5/30/2024 | Purchase | 245 | 27.8400 | 245 | - | - | $ 6,820.80 | |
| 5/30/2024 | Purchase | 605 | 27.5685 | 605 | - | - | $ 16,678.94 | |
| 5/31/2024 | Purchase | 782 | 27.4943 | 782 | - | - | $ 21,500.51 | |
| 6/3/2024 | Purchase | 9,420 | 27.7033 | 9,420 | - | - | $ 260,965.09 | |
| 3/19/2025 | Purchase | 350 | 27.9700 | 350 | - | - | $ 9,789.50 | |
| 8/7/2025 | Sale | 9,293 | 23.0477 | - | (9,293) | (9,293) | | $ (214,182.28) |
| 8/8/2025 | Sale | 24,176 | 22.7504 | - | (24,176) | (24,176) | | $ (550,013.65) |

*Post-Class Period Sales on Retained Shares*

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 11/7/2025 | Sale | 9,015 | 14.8233 | - | - | (9,015) | | $ (133,632.35) |
| 11/10/2025 | Sale | 19,568 | 14.6800 | - | - | (19,568) | | $ (287,258.24) |
| 11/11/2025 | Sale | 22,056 | 14.6040 | - | - | (22,056) | | $ (322,105.82) |
| 11/12/2025 | Sale | 12,630 | 14.5300 | - | - | (12,630) | | $ (183,513.90) |
| 11/13/2025 | Sale | 12 | 14.4500 | - | - | (12) | | $ (173.40) |

**Damage Summary**

| Damage Summary | |
|---|---|
| Class Period Purchases: | 182,095 |
| Class Period Sales: | (73,019) |
| Sales on Class Period Purchases: | (182,095) |
| Class Period Shares Retained: | 121,876 |
| 72-Day Lookback Price: | $ 14.3111 |
| | |
| Class Period Purchases Cost: | $ 5,497,503.34 |
| Class Period Matched Sales Proceeds: | $ (1,573,964.55) |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (1,744,174.30) |
| Retained/Remaining Value: | $ - |
| | |
| **LIFO Loss:** | **$ 2,179,364.49** |

**Teamsters Local 710 Pension Fund LIFO Losses**

Perrigo Company plc
Class Period: 2/27/2023 - 11/4/2025

| 11/18/2025 | Sale | 24,204 | 14.1880 | - | - | (24,204) | | $ | (343,406.35) |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2025 | Sale | 21,329 | 13.8154 | - | - | (21,329) | | $ | (294,668.34) |
| 11/24/2025 | Sale | 13,062 | 13.7357 | - | - | (13,062) | | $ | (179,415.90) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*