# EXHIBIT A

**Perrigo Company plc**
**Class Period: February 27, 2023 to November 4, 2025**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sell Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | Shares Retained Through 90-Day Lookback Period (at 72 Days) | 90-Day Lookback Period Mean Price (at 72 days)* $13.8014 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| Nova Scotia Public Superannuation Plan | | 16,623 | | ($546,777) | | (16,623) | | $268,430 | 15,665 | ($522,224) | 0 | $0 | ($278,347) |
| Nova Scotia Teachers' Pension Plan | | 12,544 | | ($410,861) | | (12,544) | | $195,288 | 12,544 | ($410,861) | 0 | $0 | ($215,573) |
| **Nova Scotia Public Superannuation Plan; Nova Scotia Teachers' Pension Plan** | | **29,167** | | **($957,639)** | | **(29,167)** | | **$463,718** | **28,209** | **($933,085)** | **0** | **$0** | **($493,921)** |
| | | | | | | | | | | | | | |
| Nova Scotia Public Superannuation Plan | 6/20/2023 | 14,232 | $34.1138 | ($485,508) | 9/26/2024 | (958) | $25.6300 | $24,554 | | | | | |
| Nova Scotia Public Superannuation Plan | 6/27/2024 | 1,012 | $25.4170 | ($25,722) | 11/5/2025 | (109) | $16.4000 | $1,788 | | | | | |
| Nova Scotia Public Superannuation Plan | 6/28/2024 | 1,379 | $25.7780 | ($35,548) | 11/5/2025 | (5,857) | $15.9587 | $93,470 | | | | | |
| Nova Scotia Public Superannuation Plan | | | | | 11/5/2025 | (6,885) | $15.4111 | $106,105 | | | | | |
| Nova Scotia Public Superannuation Plan | | | | | 11/5/2025 | (2,814) | $15.1078 | $42,513 | | | | | |
| **Nova Scotia Public Superannuation Plan** | | **16,623** | | **($546,777)** | | **(16,623)** | | **$268,430** | **15,665** | **($522,224)** | **0** | **$0** | **($278,347)** |
| | | | | | | | | | | | | | |
| Nova Scotia Teachers' Pension Plan | 6/20/2023 | 10,745 | $33.9471 | ($364,762) | 11/5/2025 | (4,691) | $15.9587 | $74,862 | | | | | |
| Nova Scotia Teachers' Pension Plan | 6/27/2024 | 761 | $25.4170 | ($19,342) | 11/5/2025 | (5,512) | $15.4111 | $84,946 | | | | | |
| Nova Scotia Teachers' Pension Plan | 6/28/2024 | 1,038 | $25.7780 | ($26,758) | 11/5/2025 | (87) | $16.4000 | $1,427 | | | | | |
| Nova Scotia Teachers' Pension Plan | | | | | 11/5/2025 | (2,254) | $15.1078 | $34,053 | | | | | |
| **Nova Scotia Teachers' Pension Plan** | | **12,544** | | **($410,861)** | | **(12,544)** | | **$195,288** | **12,544** | **($410,861)** | **0** | **$0** | **($215,573)** |

*Avg Closing Prices from November 5, 2025 to January 15, 2026