**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TANNER FRENCH, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-09596-MMG |
| Plaintiff, | |
| v. | |
| PERRIGO COMPANY PLC, PATRICK LOCKWOOD-TAYLOR, MURRAY KESSLER, and EDUARDO BEZERRA, | |
| Defendants. | |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF DEKALB COUNTY
PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by DeKalb County Pension Fund ("DeKalb"), for appointment as Lead Plaintiff and approval of DeKalb's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:    First Notice of Pendency of a Class Action

Exhibit B:    DeKalb's PSLRA Certification

Exhibit C:    Chart setting forth DeKalb's financial interest in this litigation

Exhibit D:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:    Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of January 2026 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1