# EXHIBIT A

Nov 17, 2025 7:00 PM Eastern Standard Time

# PRGO CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Perrigo Company plc Shareholders

**Share**             ⋯

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *French v. Perrigo Company plc, et al.,* Case No. 1:25-cv-09596, on behalf of persons and entities that purchased or otherwise acquired Perrigo Company plc ("Perrigo" or the "Company") (NYSE: PRGO) securities between **February 27, 2023 and November 4, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR PERRIGO INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

In November 2022, Perrigo acquired Nestlé's Gateway infant formula plant in Wisconsin, along with the U.S. and Canadian rights to Nestlé's Good Start® infant formula brand, for $170 million.

On February 27, 2024, before the market opened, the Company reported fiscal year 2023 earnings, revealing significant acquisition and integration-related charges had to be taken, including an additional $35 million to $45 million for remediations to address production and facility issues in the infant formula business. Perrigo also disclosed a 50% decline in earnings per share compared to the prior year due to infant formula remediation actions. Nonetheless, the Company assured investors it anticipated the infant formula business stabilizing and returning to growth in the second half of the fiscal year.

On this news, the Company's share price fell $4.87 or 15.14%, to close at $27.30 on February 27, 2024, on unusually heavy trading volume.

Then, on May 7, 2024, before the market opened, the Company released earnings for the first quarter ended March 30, 2024, revealing the significant negative impact of Perrigo's costly actions to augment and strengthen the infant formula business, including that "net sales of $91 million decreased 34.5%" and the "gross margin of 36.5% declined 90 basis points." Nonetheless, the Company assured investors "any planned large-scale manufacturing plant resets have been completed" and the cash costs in 2024 to achieve the remediation plan would stay flat at $35 to $45 million.

On this news, the Company's share price fell $3.28 or 9.8%, to close at $30.15 on May 7, 2024, on unusually heavy trading volume.

Then, on August 6, 2025, before the market opened, Perrigo announced earnings for the second quarter ended June 28, 2025, revealing "production issue led to scrapping of approximately $11 million of inventory." Nevertheless, the Company's Chief Financial Officer, Eduardo Bezerra assured investors that "[r]ecovery in our infant formula business is progressing."

On this news, the Company's share price fell $3.01 or 11.31%, to close at $23.61 on August 6, 2025, on unusually heavy trading volume.

Then, on November 5, 2025, before the market opened, Perrigo disclosed it "is initiating a strategic review of its infant formula business" and "reassessing the Company's previously announced investment ... of $240 million." On the same day, the Company announced that "due primarily to infant formula industry dynamics," Perrigo had slashed its fiscal year 2025 outlook. The Company cut its reported net sales growth guidance to -2.5% to -3%, a negative turn from the previously expected 0% to 3%. Further, the Company cut its expected adjusted diluted earnings per share to a range of $2.70 to $2.80, equating to a growth of 5% to 9%;

a significant cut from the previously expected range of $2.90 to $3.10, equating to growth of 13% to 21%.

On this news, Perrigo's stock price fell $5.09, or 25.2%, to close at $15.10 per share on November 5, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the infant formula business acquired from Nestlé suffered from significant underinvestment in maintenance, operational improvements, and repairs; (2) that Perrigo needed to make substantial capital and operational expenditures above the Company's outwardly stated cost estimates to remediate the infant formula business; (3) that there were significant manufacturing deficiencies in the facility for the Company's infant formula business; (4) that, as a result of the foregoing, the Company's financial results, including earnings and cash flow, were overstated; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Perrigo securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**        Class Action Lawsuit    Professional Services    Legal



**GLANCY PRONGAY & MURRAY LLP**

⬈ NYSE:PRGO

RELEASE VERSIONS

English

---

CONTACTS

Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

 Get RSS Feed

### FRMI CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Fermi Inc. Shareholders

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned Lupia v. Fermi, Inc., et al., Case No. 1:26-cv-00050, on behalf of persons...

---

### Kara Wolke Recognized in the 2025 Lawdragon 500 Leading Plaintiff Financial Lawyers Guide

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray congratulates its partner Kara Wolke on being recognized in the 2025 Lawdragon 500 Leading Plaintiff Financial Lawyers Guide—a well-deserved acknowledgment of her outstanding work for investors....

### Securities Fraud Investigation Into New Era Energy & Digital, Inc. (NUAI) Announced – Shareholders Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of New Era Energy & Digital, Inc. ("New Era" or the "Company") (NASDAQ: NUAI) investors...

Back to Newsroom    →

# Wish your news had this kind of reach?

Sign Up    →

**Learn About Business Wire**    →



**Company**

About Business Wire

Careers

Media Center

Help Center

**Services**

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

**Solutions**

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

**Newsroom**

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2026 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

