# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Robert Robertson, as a representative for DeKalb County Pension Fund ("Movant") declare as to the claims asserted under the federal securities laws against Perrigo Company plc, *et al.*, that:

1.      Movant reviewed a complaint against Perrigo Company plc, *et al.* in the action filed and adopts the allegations therein.

2.      Movant selected and retained Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      Movant's transactions in Perrigo Company plc securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.      Movant has sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws in the following cases filed within the three years prior to the date of this certification:

> *Gonsalves v. Block, Inc.*, No. 5:25-cv-00642-NW (N.D. Cal. Mar. 18, 2025) – not selected to be lead plaintiff

> *City of Pontiac Police and Fire Retirement System v. Zoominfo Technologies, Inc.*, No. 3:24-cv-5739-TMC (W.D. Wash. Nov. 4, 2024) – not selected to be lead plaintiff

> *Salem v. Methode Electronics, Inc.*, No. 1:24-cv-07696 (N.D. Ill. Oct. 24, 2024) – selected to be Lead Plaintiff

> *DeKalb County Pension Fund v. Roblox Corp.*, No. 3:23-cv-06618-RS (N.D. Cal. Jan. 26, 2024) – selected to be co-Lead Plaintiff

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

_____
Robert Robertson
Vice-Chairman of the Board
DeKalb County Pension Fund

_11-21-2025_____
Date

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Shares Added | Common Stock | 7/13/2023 | 1,400 | $33.2400 |
| Purchase | Common Stock | 7/17/2023 | 8,000 | $33.8835 |
| Sold | Common Stock | 7/17/2023 | (1,400) | $33.4877 |
| Purchase | Common Stock | 10/23/2023 | 2,000 | $29.2200 |
| Purchase | Common Stock | 12/5/2023 | 500 | $30.9350 |
| Purchase | Common Stock | 12/6/2023 | 7,500 | $30.7200 |
| Purchase | Common Stock | 11/4/2024 | 2,000 | $25.6160 |
| Purchase | Common Stock | 11/22/2024 | 500 | $27.2515 |
| Sold | Common Stock | 12/31/2024 | (500) | $25.5626 |
| Purchase | Common Stock | 4/11/2025 | 500 | $24.2951 |
| Sold | Common Stock | 8/25/2025 | (1,500) | $24.4740 |
| Sold | Common Stock | 9/22/2025 | (6,000) | $21.0040 |
| Sold | Common Stock | 9/24/2025 | (5,000) | $21.3803 |
| Sold | Common Stock | 10/15/2025 | (1,000) | $21.7676 |
| Sold | Common Stock | 10/23/2025 | (2,000) | $21.5147 |
| Sold | Common Stock | 11/4/2025 | (17,000) | $20.1900 |