# EXHIBIT C

**Perrigo Company plc**
**Class Period: February 27, 2023 and November 4, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 90-Days* Mean Price $13.80 Estimated Value | Estimated Matched Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | |
| **DeKalb County Pension Fund** | | **(22,400)** | | **($698,916.80)** | | **34,400** | | **$737,327.58** | | **($203,869.22)** |
| | | | | | | | | | | |
| **DeKalb County Pension Fund** | | | | | | | | | | |
| | 7/13/2023 | (1,400) | $33.2400 | ($46,536.00) | | | | | | |
| | 7/17/2023 | (8,000) | $33.8835 | ($271,068.00) | | | | | | |
| | | | | | 7/17/2023 | 1,400 | $33.4877 | $46,882.78 | | ($554.12) |
| | | | | | | | | | | |
| | 10/23/2023 | (2,000) | $29.2200 | ($58,440.00) | | | | | | |
| | 12/5/2023 | (500) | $30.9350 | ($15,467.50) | | | | | | |
| | 12/6/2023 | (7,500) | $30.7200 | ($230,400.00) | | | | | | |
| | 11/4/2024 | (2,000) | $25.6160 | ($51,232.00) | | | | | | |
| | 11/22/2024 | (500) | $27.2515 | ($13,625.75) | 12/31/2024 | 500 | $25.5626 | $12,781.30 | | ($844.45) |
| | | | | | | | | | | |
| | 4/11/2025 | (500) | $24.2951 | ($12,147.55) | 8/25/2025 | 1,500 | $24.4740 | $36,711.00 | | |
| | | | | | 9/22/2025 | 6,000 | $21.0040 | $126,024.00 | | |
| | | | | | 9/24/2025 | 5,000 | $21.3803 | $106,901.50 | | |
| | | | | | 10/15/2025 | 1,000 | $21.7676 | $21,767.60 | | |
| | | | | | 10/23/2025 | 2,000 | $21.5147 | $43,029.40 | | |
| | | | | | 11/4/2025 | 17,000 | $20.1900 | $343,230.00 | | ($202,470.65) |

*Avg Closing Prices from November 5, 2025 - January 16, 2026